**FILED**

**MAR 0 2 2020**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER 20-mj-8020-GCS |
| vs. ) | |
| ) | |
| KALEB RAY-QUAN HOLMES and ) | |
| ALEXIS NICOLE BROWN ) | Title 18, United States Code, |
| ) | Sections 924 (c)(1)(A)(ii), |
| ) | 1951(a) |
| Defendants. ) | |

## CRIMINAL COMPLAINT

I, Ryan E. James, the undersigned complainant being duly sworn states the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about February 23, 2020, in Madison County, Illinois, within the Southern District of Illinois,

**KALEB RAY-QUAN HOLMES and ALEXIS NICOLE BROWN,**

defendants herein, did unlawfully obstruct, delay and affect, interstate commerce as that term is defined in Title 18, United States Code, Section 1951(a), by robbery, as that term is defined in Title 18, United States Code, Section 1951(a), in that the defendant did unlawfully take and obtain personal property consisting of United States currency from the person(s) of another – that is, from an independent contractor of Uber and Lyft, located at XX Xxxxxxxx Xxxx, Collinsville, Illinois – against his will by means of actual and threatened force, violence, and fear of immediate injury to their person(s) – that is the defendant approached one Uber and Lyft employee, demanded the

money, wallet, phone, and vehicle of the said Uber and Lyft employee, whereupon said employee delivered to the defendant United States currency, wallet, phone, and vehicle, which was the property of said Uber and Lyft employee, an employee of a business that was at the time engaged in interstate commerce. All in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

## BRANDISHING A FIREARM DURING A CRIME OF VIOLENCE

On or about February 23, 2020, in Madison County, Illinois, within the Southern District of Illinois,

**KALEB RAY-QUAN HOLMES and ALEXIS NICOLE BROWN,**

Defendants herein, did knowingly brandish, carry, and use a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce By Robbery, in violation of Title 18, United States Code, Section 1951, as charged in Count 1, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## AFFIDAVIT

Your affiant, Ryan E. James, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for one-and-a-half years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has eight years prior experience as a United States Army officer. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your affiant states as follows:

1) On February 23, 2020, at approximately 4:58am, a law enforcement officer of Collinsville Police Department heard the Collinsville Communications Center (CCC) activate the emergency tone and broadcast that an armed robbery was being reported at XX Xxxxxxxx Xxxx, Collinsville, Madison County, Illinois. The CCC advised it was believed two suspects wearing black clothing displayed firearms and stole an adult male's, with the initials C.A., vehicle. The vehicle was identified as a red, 2017 Hyundai Elantra bearing Illinois registration XXXX104. Law enforcement officers responded to XX Xxxxxxxx Xxxx and requested CCC initiate an Illinois State Police Emergency Radio (ISPERN) broadcast for the stolen vehicle.

2) After law enforcement officers arrived at XX Xxxxxxxx Xxxx, C.A. stated he was an Uber and Lyft driver and just returned to his residence. C.A. had given about five Uber rides and about six-seven Lyft rides during the evening. C.A. displayed a Lyft sign in the dash of his red, 2017 Hyundai Elantra on his way home. C.A. saw a vehicle that he believed was possibly following him into his subdivision of Woodland Trails. C.A. backed into his driveway and two individuals wearing facemasks and both armed with firearms approached him. C.A. described one individual as about 5'10", wearing a dark ski mask, dark clothes, and what appeared to be jogging pants with a possible white stripe down the legs. The other individual was described by C.A. as about 5'5", wearing similar clothing, and was possibly a female. While displaying their weapons, the two individuals demanded C.A.'s keys, wallet, and phone. The two individuals then entered C.A.'s red, 2017 Hyundai Elantra and drove away. C.A. then went to his neighbor's residence and called 9-1-1. C.A. believed his phone was a Samsung S10 and C.A. stated he had $147 in United States

currency in his wallet.

3) A patrol unit with Washington Park Police Department (PD) heard the ISPERN broadcast in reference to an armed robbery that just occurred at XX Xxxxxxxx Xxxx. The Washington Park PD patrol unit located the stolen red, 2017 Hyundai Elantra, bearing Illinois registration XXXX104 on I-55/I-70 west bound and conducted a stop of the stolen vehicle. Washington Park PD officers took the stolen vehicle's occupants, a black female, identified as Alexis Nicole Brown, date of birth XX-XX-1996, and a black male, identified as Kaleb Ray-Quan Holmes, date of birth XX-XX-2002, into custody. Law enforcement officers noticed Brown was wearing a black ski mask on her head.

4) Law enforcement officers located $140 in United States currency inside Holmes' black jacket pocket. Inside the vehicle, law enforcement officers located two firearms. One firearm was a Taurus G2C .40 caliber handgun with serial number SMR37149, which was reported stolen out of St. Louis, Missouri. The second firearm was a Glock 23 .40 caliber handgun with serial number TME118. Also discovered was a Samsung cell phone belonging to C.A., a wallet belonging to C.A., two black ski masks, and an additional $169 in United States currency.

5) Based on your affiant's training, experience, and research, Uber Technologies, Inc., commonly known as Uber, is a multinational ride-hailing company offering services that include peer-to-peer ridesharing, ride service hailing, food delivery, and a micromobility system with electric bikes and scooters. The company is based in San Francisco, California and has operations in over 785 metropolitan areas worldwide. Uber's platforms can be accessed via its websites and mobile applications (apps). Uber drivers work as independent contractors and can use their own vehicles to drive for Uber.

6) Also based on your affiant's training, experience, and research, Lyft Inc., commonly

known as Lyft, is a multinational ride-hailing company offering services that include peer-to-peer ridesharing, ride service hailing, food delivery, and a micromobility system with electric bikes and scooters. The company is based in San Francisco, California and has operations in over 656 metropolitan areas worldwide. Lyft's platforms can be accessed via its websites and mobile applications (apps). Lyft drivers work as independent contractors and can use their own vehicles to drive for Lyft.

7) As a result of the armed robbery on February 23, 2020, Uber driver C.A. reported a loss of his vehicle, which he used to conduct business as an independent contractor for Uber and Lyft, approximately $147.00 in United States currency, his wallet, which included the United States currency, driver's license, credit cards, and a bank debit card, and his cell phone, which he used to conduct business as an independent contractor for Uber and Lyft and were part of commerce, as that term is defined in Title 18, United States Code, Section 1951(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
RYAN E. JAMES
Special Agent, Federal Bureau of Investigation

State of Illinois            )
                             )   SS.
County of Madison            )

Sworn to before me and subscribed in my presence on the 2nd day of March 2020, at East St. Louis, Illinois.

_____
GILBERT C. SISON
United States Magistrate Judge


STEVEN D. WEINHOEFT
United States Attorney


JENNIFER HUDSON
JENNIFER HUDSON
Assistant United States Attorney